**Order entered March 26, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00074-CR

**RAYFORD HIGH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause No. F12-57938-Y**

## ORDER

Appellant's March 23, 2015 motion for extension of time and motion to compel the filing of the reporter's record is **GRANTED** to the extent we **ORDER** court reporter Catherine Vecchio to file, within **THIRTY** days of the date of this order, a supplemental reporter's record of the October 23, 2014 hearing on appellant's amended motion to reconsider the motion to suppress. In the event no notes are available regarding the requested supplemental reporter's record, Catherine Vecchio is **ORDERED** to file a letter stating that the requested supplemental reporter's record cannot be filed.

We **EXTEND** the time to file appellant's amended brief until **SIXTY** days from the date of this order. We **EXTEND** the time to file the State's brief until **NINETY** days from the date of this order.

WE **DIRECT** the Clerk of the Court to send a copy of this order to court reporter Catherine Vecchio; The Honorable Elizabeth Frizzell, presiding judge, Criminal District Court No. 7; and counsel for all parties.

/s/     LANA MYERS
            JUSTICE